Naveed Mahboobian
CA Bar No. 279464
1217 Wilshire Blvd., # 3043
Santa Monica, CA 90403
Tel:(424) 272-1005
Email: nmahboobian@gmail.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS MONTGOMERY,<br><br>        Plaintiff,<br>v.<br><br>JAMES RISEN, ET. AL.<br><br>        Defendant. | Case No. **8:15-mc-00031-CJC-JCG**<br><br>[Pending in the Southern District of Florida, Case 15-20782-CIV]<br><br>**PLAINTIFF'S REPLY TO JAMES RISEN, HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY AND HOUGHTON MIFFLIN HARCOURT COMP ANY'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL** |

The interested parties' response of November 24, 2015, is bizarre, amateurish, lack'sclass and in fact makes Plaintiff's point.  Other than to disingenuously deny collusion with Deponent Michael Flynn, the email between counsel for the interested party and Mr. Flynn pleading speaks for itself. Attached. Counsel seems more inclined to ridiculously attack Larry Klayman, who's not even counsel of record, rather than address the merits of Plaintiff's motion.  The indisputable reality is that Mr. Flynn defied a subpoena and made himself allegedly "unavailable" for many weeks until after the discovery deadline was to run in this case.

It is certainly notable that Mr. Flynn found the time to communicate with the interested parties' counsel by first name but did not pick up the phone for Plaintiff's counsel[1]. The bottom line is that Plaintiff respectfully requests an expedited ruling in this case to enforce the rule of law to compel Mr. Flynn's deposition, as he was duly served, is an attorney, and knows his responsibilities to respect this Court.  Thus far he has flouted this Court[2] and should respectfully have to pay attorney's fees and costs as well.

**This Court can respectfully rule immediately on this motion, as Mr. Flynn has not objected in nearly two months and has thus waived any right to contest the subpoena.**

Dated: November 25, 2015

                                             Respectfully Submitted,

                                             */s/ Naveed Mahboobian*
                                             Naveed Mahboobian
                                             CA Bar No. 279464

---

[1] As set forth in Plaintiff's initial pleading, Mr. Flynn has likely violated attorney-client privilege with Plaintiff and thus likely wishes to avoid testifying at a deposition.

[2] Interested party makes reference that this motion was first filed in the U.S. District Court for the Southern District of California.  This court effectively found this motion was more appropriately filed in the Central District of California and thus Plaintiff timely re-filed the motion in this Court.

2
PLAINTIFF'S REPLY TO JAMES RISEN, HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY AND HOUGHTON MIFFLIN HARCOURT COMP ANY'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL

1 | 1217 Wilshire Blvd., # 3043
2 | Santa Monica, CA 90403
3 | Tel:(424) 272-1005
  | Email: nmahboobian@gmail.com

4 | Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of November, 2015, a true and correct copy of the foregoing was served via CM/ECF or U.S. Mail upon the following:

Via CM/ECF:

**Collin James Peng-Sue**
Davis Wright Tremaine LLP
865 South Figueroa Street 24th Floor
Los Angeles, CA 90017
213-633-6872
Fax: 213-633-6899
Email: collinpengsue@dwt.com

Via U.S. Mail:

**Michael Flynn**
6125 El Tordo
Rancho Sante Fe, CA 92067

**Sanford Lewis Bohrer**
**Brian Toth**
Holland & Knight, LLP
Suite 3000
701 Brickell Ave
Miami, FL 33131
Email: sbohrer@hklaw.com
Email: brian.toth@hklaw.com

**Laura R. Handman**
**Micah Ratner**
Davis Wright Tremaine LLP
1919 Pennsylvania Ave., N.W., Suite 800
Washington D.C. 20006-3401
Email: laurahandman@dwt.com
Email: MicahRatner@dwt.com

                                          */s/ Naveed Mahboobian*
                                          Naveed Mahboobian